# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **VERIFIED HIRING, LLC**<br>　　　　　　　　**Plaintiff,**<br>v.<br>**CHECKR, INC.,**<br>　　　　　　　　**Defendant.** | Case No. 6:16-CV-336-JRG-JDL<br><br>JURY TRIAL DEMANDED |

## MOTION TO DISMISS CHECKR, INC. WITH PREJUDICE

Plaintiff Verified Hiring, LLC ("Verified") hereby moves the Court to dismiss Defendant Checkr, Inc. ("Checkr") from this action, and in support thereof would show as follows:

Verified and Checkr have reached a resolution of this matter. The parties have agreed to dismiss this action, and all claims asserted herein, with prejudice, and that all attorney's fees and costs will be borne by the party incurring same.

Verified requests the Court dismiss this action with prejudice and that costs of court be taxed against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Verified Hiring, LLC prays that the Court dismiss Plaintiff's claims against Defendant Checkr, Inc. with prejudice and that all costs of court be taxed against the party incurring same.

Dated: July 29, 2016                                    Respectfully submitted,

                                                        */s/ Todd Y. Brandt*
                                                        Todd Y. Brandt
                                                        Texas Bar No. 24027051
                                                        BRANDT LAW FIRM
                                                        222 North Fredonia St.
                                                        Longview, Texas 75601
                                                        Telephone:  (903) 212-3130
                                                        Facsimile:   (903) 753–6761
                                                        tbrandt@thebrandtlawfirm.com

                                                        ***Attorneys for Verified Hiring, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 29th day of July, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                        */s/ Todd Y. Brandt*
                                                        Todd Y. Brandt