# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **VERIFIED HIRING, LLC** <br>             **Plaintiff,** <br> v. <br> **CHECKR, INC.,** <br>             **Defendant.** | Case No. 6:16-CV-336-JRG-JDL <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL OF CHECKR, INC. WITH PREJUDICE

CAME ON THIS DAY for consideration of the Motion to Dismiss With Prejudice of all claims asserted by Plaintiff Verified Hiring, LLC against Defendant Checkr, Inc. in this case, and the Court being of the opinion that said Motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Verified Hiring, LLC against Defendant Checkr, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.